# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Shawn Hill,**

    **Plaintiff,**

    **v.**

**Commissioner of Social Security,**

    **Defendant.**

Case No. 2:20-cv-3983

Judge Michael H. Watson

Magistrate Judge King

## ORDER

On October 29, 2021, Magistrate Judge King issued a Report and Recommendation ("R&R") recommending the Court overrule Shawn Hill's ("Plaintiff") Statement of Specific Errors and affirm the Commissioner of Social Security's ("Commissioner") decision in this Social Security Case. R&R, ECF No. 14. The R&R notified the parties of their right to object to the conclusions contained therein and were advised that a failure to object would amount to a waiver of both *de novo* review by the Undersigned as well as the right to appeal the Undersigned's adoption of the R&R. *Id.* at 11.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**